UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :

KING RANGE, JR.,                           :

                                :

                 Plaintiff,    :

                                :                23-CV-4358 (VSB)

         -against-          :

                                :                **ORDER**

471 WEST BROADWAY LLC and SOHO   :
MERCHANDISING GROUP INC.,     :

                                :

                 Defendants.  :
                                X

---------------------------------------------------------

VERNON S. BRODERICK, United States District Judge:

     Plaintiff filed this action on May 24, 2023, (Doc. 1), and filed affidavits of service on July 17, 2023, (Docs. 7, 8.)  The deadline for Defendants to respond to Plaintiff's complaint was June 23, 2023.  (*Id.*)  To date, Defendants have not appeared or responded to the complaint.  Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than August 4, 2023.  If Plaintiff fails to do so or otherwise demonstrates that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     July 18, 2023
           New York, New York

                                              _____
                                            VERNON S. BRODERICK
                                            United States District Judge