UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
    KING RANGE, JR.,

                              Plaintiff,

              -against-

    471 WEST BROADWAY LLC, *et al.*,

                            Defendants.
---------------------------------------------------------X

23-CV-4358 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

       In light of a scheduling conflict and because the parties have not yet attended a mediation conference, it is hereby:

       ORDERED that the deadline for the parties to submit the joint letter discussed in item 12 of the Case Management Plan and Scheduling Order, (Doc. 46), is hereby ADJOURNED to November 27, 2024.

       IT IS FURTHER ORDERED that the telephonic post-discovery conference currently scheduled for November 15, 2024 at 11:00am is hereby ADJOURNED to December 3, 2024 at 2:30pm.  The dial-in number is 888-363-4749 and the access code is 2682448.

SO ORDERED.

Dated:   October 30, 2024
             New York, New York

                                                         _____
                                                           Vernon S. Broderick
                                                            United States District Judge