```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
  KING RANGE, JR.,                                       :
                                                         :
                                Plaintiff,               :
                                                         :          23-CV-4358 (VSB)
                    -against-                            :
                                                         :               ORDER
                                                         :
  471 WEST BROADWAY LLC, et al.,                         :
                                                         :
                                Defendants.              :
---------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

     A telephonic conference in this matter is scheduled for December 3, 2024 at 2:30pm. The parties are advised that the Court's former dial-in number is no longer in service. The new dial-in number is **1-855-244-8681** and the access code is **2309 3085 835**. There is no attendee ID.

SO ORDERED.

Dated:    November 27, 2024
              New York, New York

                                                                      Vernon S. Broderick
                                                                      United States District Judge