# HANSKI PARTNERS LLC

85 DELANCEY STREET
NEW YORK, NEW YORK 10002
PHONE: 212.248.7400

<u>Via ECF</u>

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J.  12/2/2024

**Re:** <u>King Range, Jr. v. Neon Management Group, Ltd, 471 West Broadway LLC and Soho Merchandising Group Inc. Docket No. 1:23-cv-04358</u>

Dear Judge Broderick:

    We represent plaintiff King Range, Jr. in the above-entitled action. Pursuant to Your Honor's Order of October 30, 2024 (Doc. 48), the parties to this action were required to file a joint status letter by November 27, 2024. Unfortunately, however, the joint status letter has not yet been filed.

    Plaintiff respectfully requests that the Court allow the parties to file their joint status letter today, December 2, 2024. To that end, this morning, Plaintiff transmitted a draft status letter to Defendants Neon Management Group, Ltd, 471 West Broadway LLC and Soho Merchandising Group Inc. (collectively, "Defendants") for their review. Plaintiff will file the status letter immediately upon receipt of Defendants' comments, or if Defendants provide no comments, at 5:00pm today.

    Plaintiff apologizes to the Court for the overdue filing, and this belated adjournment request.

    Thank you for your time and attention to this matter.

    Respectfully,

    /s/
    Adam S. Hanski