UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
KING RANGE, JR.,                                            :
                                                            :
                              Plaintiff,                    :
                                                            :          23-CV-4358 (VSB)
                -against-                                   :
                                                            :          **ORDER**
                                                            :
471 WEST BROADWAY LLC, *et al.*,                            :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

  I held a conference in this matter on December 3, 2024 at 2:30pm. In accordance with my comments at the conference, it is hereby:

  ORDERED that the parties shall submit a Proposed Second Amended Case Management Plan and Scheduling Order by no later than December 13, 2024.

SO ORDERED.

Dated: December 3, 2024
    New York, New York

                 _____
                 Vernon S. Broderick
                 United States District Judge