

August 26, 2025

> The post-discovery conference currently scheduled for September 3, 2025 at 2:00 pm is hereby ADJOURNED sine die until after the next mediation is held.
>
> SO ORDERED: 8/27/2025
>
> /s/ Vernon Broderick
> HON. VERNON S. BRODERICK
> UNITED STATES DISTRICT JUDGE

**VIA ELECTRONIC COURT FILING**
Hon. Vernon S. Broderick, U.S.D.J
United States District Court
Southern District of New York
United States Courthouse
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      **RE:**    King Rage, Jr. V. Neon Management Group, Ltd. et. al.
             **Index No.:**    1:23-cv-04358-VSB

Dear Judge Broderick:

      As Your Honor is aware, this office represents Defendants, 471 West Broadway LLC and Soho Merchandising Group, Inc. (hereinafter together, "Defendants") in the above-referenced action. Pursuant to Your Honor's August 6, 2025 Order, a post-discovery conference is scheduled for September 3, 2025.

      Unfortunately, the undersigned will be out of the country on a pre-paid vacation on that date. It is, therefore, respectfully requested that Your Honor reschedule the conference for the week of September 15, 2025. I have spoken with Plaintiff and co-defendant's counsel regarding this matter and both gentlemen have graciously agreed to this brief adjournment.

      We thank Your Honor for this Court's consideration.

                                  Respectfully Submitted,

                      By:    /s/ *Anthony Nwaneri*
                                    Anthony C. Nwaneri, Esq.

cc:    All counsel of record *via ECF*