UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                     :

KING RANGE, JR.,                    :

                            Plaintiff,    :
                                       :           23-CV-4358 (VSB)
        -against-          :
                                       :           **ORDER**
471 WEST BROADWAY LLC, et al.,    :

                                     :

                        Defendants.  :
                                     :
-----------------------------------------------------------X

VERNON S. BRODERICK, District Judge:

On August 27, 2025, this action was referred for mediation to the Southern District's Mediation Program for settlement of all claims. (Doc. 60.) According to a text-only entry on the docket, a mediation conference took place on November 10, 2025, and the parties' mediation status was due by December 10, 2025. To date, the parties have not filed an update regarding the mediation. Accordingly, it is hereby ordered:

By December 29, 2025, the parties are directed to file a joint status update with proposed next steps in this case, the status of the mediation and/or settlement, and whether the parties would like to set a trial date.

SO ORDERED.

Dated: December 22, 2025
       New York, New York

                                    Vernon S. Broderick
                                    United States District Judge