UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                          :
KING RANGE, JR.,                                          :
                                                          :
                                     Plaintiff,  :
                                                          :            23-CV-4358 (VSB)
         -against-                                        :
                                                          :              **ORDER**
471 WEST BROADWAY LLC, *et al.*,                          :
                                                          :
                                     Defendants.  :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

         IT IS HEREBY ORDERED that trial in this matter is scheduled to begin on June 15,

2026 at 10:00 a.m.

         IT IS FURTHER ORDERED that the parties' joint proposed voir dire questions, a short

description of the case, jury instructions, and verdict forms or trial memoranda shall be filed on

or before March 6, 2026.  In addition, each party shall email those documents as Word

documents to BroderickNYSDChambers@nysd.uscourts.gov.

         IT IS FURTHER ORDERED that any pretrial motions, including motions in limine, are

due on or before March 13, 2026, with responses due on or before March 20, 2026.

         IT IS FURTHER ORDERED that a final pretrial conference in this matter will be held on

May 8, 2026 at 2:00 p.m.  The dial-in number is **1-855-244-8681** and the access code is **2309

3085 835**.  There is no attendee ID.

SO ORDERED.

Dated:    January 7, 2026
          New York, New York

                                                   Vernon S. Broderick
                                                   United States District Judge