March 5, 2026

The Honorable Vernon S. Broderick
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED *[signature]*
VERNON S. BRODERICK
U.S.D.J. 3/5/2026

Re:   *Joint Request to Extend Deadline to File Pretrial Documents*
      *Range v. 471 West Broadway LLC et al; 1:23-cv-04358*

Dear Judge Broderick:

The undersigned attorneys represent, respectively, Plaintiff King Range, Jr.; Defendants 471 West Broadway LLC and Soho Merchandising Group Inc; and Defendant Neon Management Group, Ltd., the parties to this Action. We write, collectively, to request a 14 day extension of the deadline to submit pretrial filings, from March 6, 2026 to March 20, 2026.

The parties make this extension request as they have been engaged in active settlement discussions which has narrowed the gap between their respective positions. Based on these negotiations, a draft agreement for the injunctive portion of a settlement has already been circulated, and the parties will know whether they have achieved a settlement in principle of the Action within the next seven days, by March 13, 2026.

Given the foregoing, the parties respectfully ask the Court to extend the pretrial filing deadline to March 20, 2026.

The parties thank the Court for the time it continues to devote to this action.

Respectfully,

| Counsel for King Range, Jr. | Counsel for 471 West Broadway LLC and Soho Merchandising Group Inc | Counsel for Neon Management Group, Ltd. |
|---|---|---|
| /s/ Adam S. Hanski | /s/ Anthony Nwaneri | /s/ Patrick Palladino |
| Adam S. Hanski, Esq. | Anthony Nwaneri, Esq. | Patrick Frank Palladino, Esq. |
| Hanski Partners LLC | BBC Law | Milber, Makris, Plousadis & Seiden |
| 4 International Drive Suite 110 | 90 Broad Street Suite 1906 | 1000 Woodbury Road Suite 402 |
| Rye Brook, NY 10573 | New York, NY 10004 | Woodbury, NY 11797 |