# HANSKI PARTNERS LLC

4 INTERNATIONAL DRIVE, SUITE 110
RYE BROOK, NY 10573
PHONE: 212.248.7400

March 19, 2026

*Via ECF*
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:    *Letter Motion Seeking Extension of Time to File Joint PreTrial Documents and Order Directing Defendants to Cooperate to Prepare the Joint Pretrial Documents Range v. 471 West Broadway LLC et al; Case No. 1:23-cv-04358*

Dear Judge Broderick:

We represent plaintiff King Range, Jr. ("Plaintiff") in the above-referenced action. The current deadline to submit pretrial filings is this Friday, March 20, 2026. Dkt No. 67. Unfortunately, defendants 471 West Broadway LLC, Soho Merchandising Group Inc., and Neon Management Group, Ltd. (together "Defendants") refuse to work cooperatively with Plaintiff to prepare the required pretrial filings. Therefore, Plaintiff respectfully asks the Court to extend the deadline for the Plaintiff and Defendants (collectively, the "Parties") to submit the pretrial filings to April 3, 2026. Plaintiff also respectfully requests that the Court Order Defendants to cooperate with Plaintiff to prepare the required pretrial filings. Specifically, Plaintiff respectfully asks that the Court Order Defendants to (i) provide their collective comments to the draft pretrial filings Plaintiff previously transmitted by March 24, 2026, and (ii) provide their collective comments to draft pretrial filings plaintiff transmits to them going forward within 2 business days of Plaintiff's transmission.

Pursuant to the Court's Order dated January 7, 2026 pretrial filings were originally due by March 6, 2026. Dkt No. 66. On March 5, 2026, the Parties made a joint request to extend the pretrial filing deadline to March 20, 2026. Dkt No. 67. That same day the Court granted the Parties request and set March 20, 2026 as the Parties' pretrial filing deadline. Dkt No. 67.

As of March 12, 2026 Plaintiff provided Defendants with drafts of the pre-trial documents for review and comment on a rolling basis. To date, none of the Defendants have provided comments to any of the required joint pretrial filings Plaintiff provided. Defendants have ignored Plaintiff's repeated requests that Defendants provide comments to draft pretrial filings Plaintiff transmitted last week[1]. Defendants have also ignored Plaintiff's request that they

---

[1] With the exception of counsel for defendants 471 West Broadway LLC and Soho Merchandising Group Inc.'s March 13, 2026 email advising that he was leaving for vacation that day and was unlikely to provide comments by Monday March 16, 2026.

advise Plaintiff as to when they will provide comments to pretrial filings Plaintiff transmitted to them earlier this week.

Because Defendants refuse to work cooperatively to prepare the required pretrial filings. Plaintiff respectfully asks the Court to extend the deadline to file the Parties' pretrial documents to April 3, 2026. Plaintiff also respectfully asks that the Court Order Defendants to (i) provide their collective comments to the draft pretrial filings Plaintiff previously transmitted by March 24, 2026, and (ii) provide their collective comments to draft pretrial filings plaintiff transmits to them going forward within 2 business days of Plaintiff's transmission.

Plaintiff thanks the Court for its time and attention to this matter.

Respectfully,

/s/ Adam Hanski

Adam S. Hanski, Esq.

The parties' joint proposed voir dire questions, a short description of the case, jury instructions, and verdict forms or trial memoranda shall be filed on or before **April  3, 2026**.  In addition, those documents shall be emailed as Word documents to BroderickNYSDChambers@nysd.uscourts.gov.  Defendants are ordered to (i) provide their collective comments to the draft pretrial filings Plaintiff previously transmitted by **March 24, 2026**, and (ii) provide their collective comments to draft pretrial filings plaintiff transmits to them going forward within 2 business days of Plaintiff's transmission.

Any pretrial motions, including motions in limine, are due on or before **April 10, 2026,** with responses due on or before **April 17, 2026.**

The parties shall also file a status update by **April 3, 2026** regarding the status of the settlement discussions referenced in Doc. 67.

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  3/19/2026