UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                     :

KING RANGE, JR.,                         :

                                   :

                         Plaintiff, :                                         

                                 :                23-CV-4358 (VSB)

            -against-              :

                                 :                  **<u>ORDER</u>**

471 WEST BROADWAY LLC, *et al.*,    :

                                 :

                     Defendants.  :
----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On March 19, 2026, Plaintiff filed a letter motion seeking an extension of time to file joint pre-trial documents and an order directing Defendants to cooperate in the preparation of the joint pre-trial documents. (Doc. 69.) On that same day, I memo endorsed the Plaintiff's letter motion and set forth a revised schedule for several pre-trial documents and pre-trial motions. (Doc. 70.) According to that March 19, 2026 memo endorsement, the parties' joint proposed voir dire questions, a short description of the case, jury instructions, and verdict forms or trial memoranda, were to be filed by April 3, 2026. (*Id.*) Also according to that March 19, 2026 memo endorsement, the parties were to file a status update by April 3, 2026 regarding the status of settlement discussions referenced in Doc. 67. (*Id.*) To date, the parties have not filed the status update or any of the pre-trial documents. Accordingly, it is hereby:

ORDERED that the parties file a status update by **April 8, 2026** regarding the status of: (i) the settlement discussions referenced in Doc. 67 and (ii) the parties' joint proposed voir dire questions, a short description of the case, jury instructions, and verdict forms or trial memoranda. SO ORDERED.

Dated:    April 7, 2026
          New York, New York

Vernon S. Broderick
United States District Judge