bbc LAW LLP

July 14, 2026

**VIA ELECTRONIC COURT FILING**
Hon. Vernon S. Broderick, U.S.D.J
United States District Court
Southern District of New York
United States Courthouse
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

On April 7, 2026, I ordered that this action be discontinued without prejudice to restoring the action if an application was made within 30 days, i.e., May 7, 2026. (Doc. 73.) The time to restore the action is again extended to **August 21, 2026**.

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 7/15/2026

**RE:** King Rage, Jr. V. Neon Management Group, Ltd. et. al.
**Index No.:** 1:23-cv-04358-VSB

---

Dear Judge Broderick:

As the Court is aware, this office represents Defendants 471 West Broadway LLC and Soho Merchandising Group, Inc. (collectively, "Defendants") in the above-referenced action. The undersigned respectfully submits this letter to apprise the Court of the current status of the parties' efforts to consummate settlement.

By Order dated June 9, 2026 [ECF No. 77], the Court extended the deadline to restore this action to the Court's docket to July 21, 2026, from the prior deadline of June 6, 2026 [ECF No. 75]. Those deadlines followed the Court's April 7, 2026 Order discontinuing this action without prejudice upon the parties' confirmation of settlement [ECF No. 73].

As set forth in the joint letter previously submitted by Plaintiff's counsel, Adam Hanski, Esq., our client contact, Defendants' principal, was unexpectedly struck by a vehicle and has remained hospitalized for several weeks. This office has made repeated efforts to reach the client by telephone. As of last week, the client advised that he remained hospitalized and was in too much pain to speak.

This situation presents an unusual difficulty, as Defendants' principal is currently unable to execute the settlement agreement. Although seven (7) days remain before the July 21, 2026 deadline set by the Court's June 9, 2026 Order, the undersigned respectfully submits that, given the unique nature of the client's condition, it is prudent to provide the Court with this interim status update. In the meantime, co-defendant, Neon Management has executed the settlement agreement and tendered its half of the settlement funds to Plaintiff.

This office will continue to monitor the client's condition, in the hope of achieving a prompt resolution in advance of July 21, 2026. Nevertheless, we respectfully ask the Court to extend the deadline to reopen to August 21, 2026, but will not delay to file a stipulation of dismissal once the conditions to do so allow.

We thank Your Honor for this Court's consideration.

Respectfully Submitted,

By: /s/ Anthony Nwaneri
__________________
Anthony C. Nwaneri, Esq.

cc: All counsel of record *via ECF*